**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Rose A. Madrigel,   Case No. 3:11CV1450

      Plaintiff

v.   **ORDER**

Michael J.Astrue, Comm'r,

      Defendant

This is a social security disability case in which, following reference to a Magistrate Judge for Report and Recommendation, the Magistrate Judge has filed the Report and Recommendation.

Neither party having objected to the Report and Recommendation, it is, on *de novo* review, hereby

ORDERED THAT the Magistrate Judge's Report and Recommendation (Doc. 22), be and the same hereby is adopted as the opinion of the undersigned.

The Clerk shall enter judgment accordingly.

So ordered.

      /s/ James G. Carr
      Sr. United States District Judge